IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re | ) | CHAPTER 7 |
| | ) | |
| MAJED KAHHAT | ) | CASE NO. 4-09-10305-JMM |
| CYNTHIA KAHHAT | ) | |
| | ) | **PETITION TO PAY DIVIDEND IN** |
| Debtor(s). | ) | **THE AMOUNT LESS THAN $5.00** |
| | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 4 | CACTUS AUTO TRANSPORT<br>P.O. BOX 90498<br>Tucson AZ 85752 | $3,230.00 | $4.48 |
| 5 | TUCSON NEWSPAPERS<br>4850 S PARK AVE<br>TUCSON AZ 85714 | $2,260 | $3.13 |
| 6 | TUCSON ELECTRIC POWER<br>P.O. BOX 80077<br>Prescott AZ 86304 | $144.63 | $0.20 |
| 11 | CITY OF TUCSON<br>P.O. BOX 27210<br>Tucson AZ 85726 | $605.84 | $0.84 |

Dated: September 15, 2010         /s/ SJK_____
                                  Stanley J. Kartchner, Trustee